```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 05 B 04989
    CYNTHIA J DELANO
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

           Debtor
    SSN XXX-XX-1154

--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 02/15/2005 and was confirmed 03/30/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  36.09% from remaining funds.

     The case was paid in full 04/07/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
AMERICAN EXPRESS TRAVEL    UNSECURED            7317.86          .00       2642.99
ECAST SETTLEMENT CORP      UNSECURED OTH        1391.63          .00        501.93
RESURGENT ACQUISITION LL   UNSECURED OTH        4771.38          .00       1720.94
RESURGENT ACQUISITION LL   UNSECURED OTH        4618.10          .00       1665.66
RESURGENT ACQUISITION LL   UNSECURED           28315.32          .00      10217.58
RESURGENT ACQUISITION LL   UNSECURED           19253.37          .00       6947.58
DEBTXS LP                  NOTICE ONLY      NOT FILED            .00            .00
ECAST SETTLEMENT CORP      UNSECURED OTH       11616.57          .00       4192.77
NEXTCARD                   UNSECURED OTH        8617.99          .00       3108.34
WORLD FINANCIAL NETWORK    UNSECURED OTH        1238.45          .00        446.71
ZALUTSKY & PINSKI LTD      DEBTOR ATTY         2,594.00                   2,594.00
TOM VAUGHN                 TRUSTEE                                        1,961.50
DEBTOR REFUND              REFUND                                              .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                       RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE               36,000.00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                   31,444.50
ADMINISTRATIVE                               2,594.00
TRUSTEE COMPENSATION                         1,961.50
DEBTOR REFUND                                     .00
                     ---------------       ---------------
TOTALS                36,000.00             36,000.00




              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 04989 CYNTHIA J DELANO
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 07/29/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE